# Court of Appeals
# of the State of Georgia

ATLANTA, __January 09, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17A0803.  CLARENCE DARRAL RUFFIN v. THE STATE.**

The trial court entered an order denying Clarence Ruffin's motion for an out-of-time appeal on September 21, 2016.  On November 18, 2016, Ruffin filed a notice of appeal to this Court.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Ruffin's notice of appeal is untimely, as it was filed 58 days after the order denying his motion for an out-of-time appeal.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__01/09/2017_____
*I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court
hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*